Sup. Court

*François Labadie*
*vs*
*Gabriel Richard*

Filed in the clerks office
Aug^t 16 1821.

M Dorr   Clk.

Sup. Court

*François Labadie*    *To the clerk of the Sup. Court.*
*vs*
*Gabriel Richard*    Please enter Office Judg^t by default, in the above case
for want of rejoinder
Aug^t 16. 1821

W^m Woodbridge
Att^y for plff

27                    1820
Supreme Court

*François Labadie*
*vs*
*Gabriel Richard*

filed in Court
Oct^r 11th 1821

Melvin Dorr   Clk